AO 241
(Rev. 01/15)

2:23-cv-00403-YY

## Petition for Relief From a Conviction or Sentence
## By a Person in State Custody

**(Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus)**

### Instructions

1. To use this form, you must be a person who is currently serving a sentence under a judgment against you in a state court. You are asking for relief from the conviction or the sentence. This form is your petition for relief.

2. You may also use this form to challenge a state judgment that imposed a sentence to be served in the future, but you must fill in the name of the state where the judgment was entered. If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file a motion under 28 U.S.C. § 2255 in the federal court that entered the judgment.

3. Make sure the form is typed or neatly written.

4. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5. Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a brief or arguments, you must submit them in a separate memorandum.

6. You must pay a fee of $5. If the fee is paid, your petition will be filed. If you cannot pay the fee, you may ask to proceed in forma pauperis (as a poor person). To do that, you must fill out the last page of this form. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you. If your account exceeds $ _____ , you must pay the filing fee.

7. In this petition, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different court (either in the same state or in different states), you must file a separate petition.

8. When you have completed the form, send the original and ____ copies to the Clerk of the United States District Court at this address:

**Clerk, United States District Court**
**740 U.S. Courthouse**
**1000 S.W. Third Ave**
**Portland, OR 97204**

If you want a file-stamped copy of the petition, you must enclose an additional copy of the petition and ask the court to file-stamp it and return it to you.

9. **CAUTION: You must include in this petition all the grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

10. **CAPITAL CASES: If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.**

AO 241
(Rev. 01/15)

Page 2

### PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
### HABEAS CORPUS BY A PERSON IN STATE CUSTODY

2:23-cv-00403-YY

| United States District Court | District: | |
|---|---|---|
| Name (under which you were convicted):<br>NORMAN DEAN DESCHAINE | | Docket or Case No.:<br>16CR03094 |
| Place of Confinement :<br>SNAKE RIVER CORRECTIONAL INSTITUTION | Prisoner No.:<br>16072846 | |
| Petitioner (include the name under which you were convicted)<br>NORMAN DEAN DESCHAINE | Respondent (authorized person having custody of petitioner)<br>v. | |
| The Attorney General of the State of: | | |

### PETITION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:

    LANE COUNTY CIRCUIT COURT
    EUGENE, OREGON

    (b) Criminal docket or case number (if you know):    16CR03094

2.  (a) Date of the judgment of conviction (if you know):    JUNE 2017

    (b) Date of sentencing:    JUNE 2017

3.  Length of sentence:    210 MONTHS

4.  In this case, were you convicted on more than one count or of more than one crime?    ☒ Yes    ☐ No

5.  Identify all crimes of which you were convicted and sentenced in this case:    TWO COUNTS OF
    SEXUAL ABUSE IN THE FIRST DEGREE, 75 MONTHS DEPT OF
    CORRECTIONS X 2, 45 MONTH POST-PRISON SUPERVISION.
    ONE COUNT ATTEMPT TO COMMIT A CLASS A FELONY, 60 MONTHS DEPT
    OF CORRECTS, 60 MONTH POST PRISON SUPERVISION.
    210 MONTHS TOTAL

6.  (a) What was your plea? (Check one)

    ☐ (1)  Not guilty          ☐ (3)  Nolo contendere (no contest)

    ☒ (2)  Guilty              ☐ (4)  Insanity plea

AO 241
(Rev. 01/15)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? ENTERED ALFORD PLEA to 3 COUNTS. COUNT 1 ATTEMPT to COMMIT A CLASS A FELONY, COUNT 2 SEXUAL ABUSE IN THE FIRST DEGREE, COUNT 3 SEXUAL ABUSE IN THE FIRST DEGREE.

(c) If you went to trial, what kind of trial did you have? (Check one)

☐ Jury    ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes    ☒ No

8. Did you appeal from the judgment of conviction?

☐ Yes    ☐ No

9. If you did appeal, answer the following:

(a) Name of court: CIRCUIT COURT FOR MALHEUR COUNTY

(b) Docket or case number (if you know): 19CV06911

(c) Result: GENERAL JUDGMENT DENYING POST-CONVICTION RELIEF

(d) Date of result (if you know): 1/13/2021

(e) Citation to the case (if you know):

(f) Grounds raised: THE POST-CONVICTION COURT ERRED IN DENYING PETITIONER RELIEF ON GROUNDS ONE AND TWO. PETITIONER ALLEGES THAT TRIAL COUNSEL'S ~~PER~~ ACTS AND OMISSIONS WERE NOT THE PRODUCT OF AN ACCEPTABLE TACTICAL DECISION AND COUNSEL'S PERFORMANCE FELL BELOW AN OBJECTABLE STANDARD OF REASONABLENESS FOR DEFENSE COUNSEL IN SIMILAR FELONY CRIMINAL PROCEEDINGS UNDER THE THEN-PREVAILING PROFESSIONAL NORMS.

(g) Did you seek further review by a higher state court?    ☒ Yes    ☐ No

If yes, answer the following:

(1) Name of court: COURT OF APPEALS OF THE STATE OF OREGON

(2) Docket or case number (if you know): A175318

(3) Result: AFFIRM WITHOUT AN APINONE

(4) Date of result (if you know): 1/18/2023

AO 241
(Rev. 01/15)

(5) Citation to the case (if you know): *N/A*

(6) Grounds raised: *Post-Conviction court erred in denying Petitioner relief on grounds one and two.*

(h) Did you file a petition for certiorari in the United States Supreme Court?    ☐ Yes    ☒ No

    If yes, answer the following:

    (1) Docket or case number (if you know): _____

    (2) Result: _____

    (3) Date of result (if you know): _____

    (4) Citation to the case (if you know): _____

10.    Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?    ☐ Yes    ☒ No

11.    If your answer to Question 10 was "Yes," give the following information:

(a)    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐ Yes    ☐ No

    (7) Result: _____

    (8) Date of result (if you know): _____

AO 241
(Rev. 01/15)

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised:

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ❏ Yes    ❏ No

    (7) Result: _____

    (8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised:

    _____

    _____

    _____

    _____

    _____

    _____

    _____

    _____

AO 241
(Rev. 01/15)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

❒ Yes    ❒ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    ❒ Yes    ❒ No

(2) Second petition:    ❒ Yes    ❒ No

(3) Third petition:    ❒ Yes    ❒ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

12.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:**    THE POST-CONVICTION COURT ERRED IN DENYING PETITIONER RELIEF ON GROUNDS ONE AND TWO.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

TRIAL COUNSEL DID NOT PROVIDE FULL DISCOVERY TO PETITIONER. SPECIFICALLY, TRIAL COUNSEL DID NOT PROVIDE DOCUMENTATION RELATED TO THE INVESTIGATION OF COMPLAINANT'S MOTHER PUTTING PRESSURE ON COMPLAINANT TO LIE IN MATTERS RELATED TO THIS CASE. ON SECOND GROUND, TRIAL COUNSEL PERMITTED THE OCCURRENCE OF SETTLEMENT NEGOTIATIONS AND ENTRY OF PLEA WHILE PETITIONER WAS UNDER THE INFLUENCE OF PRESCRIBED PYCHOTIC MIND-ALTERING DRUGS PROVIDED BY COUNTY JAIL MENTAL HEALTH STAFF.

(b) If you did not exhaust your state remedies on Ground One, explain why:    YES I DID

_____

_____

_____

_____

AO 241
(Rev. 01/15)

Page 7

(c)    **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☒ No

(2) If you did not raise this issue in your direct appeal, explain why:    *No Colorable Claims*

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:    ~~Not Known~~ *Post-Conviction Relief*

Name and location of the court where the motion or petition was filed:    *Circuit Court For*

*Malheur County*

Docket or case number (if you know):    *19CV06911*

Date of the court's decision:    *1/13/2021*

Result (attach a copy of the court's opinion or order, if available):    *General Judgement*

*Denying Post-Conviction Relief*

_____

(3) Did you receive a hearing on your motion or petition?    ☒ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?    ☒ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☒ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:    *Court of Appeals of the*

*State of Oregon*

Docket or case number (if you know):    *A 175 318*

Date of the court's decision:    *1/18/2023*

Result (attach a copy of the court's opinion or order, if available):    *Affirm Without An*

*Appion.*

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

*N/A*

_____

_____

_____

_____

AO 241
(Rev. 01/15)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One: _____ NONE _____

**GROUND TWO:** _____ NONE _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

(c)    **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?        ☐  Yes      ☐  No

(2) If you did not raise this issue in your direct appeal, explain why: _____

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐  Yes      ☐  No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

AO 241
(Rev. 01/15)

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?    ❒ Yes    ❒ No

(4) Did you appeal from the denial of your motion or petition?    ❒ Yes    ❒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ❒ Yes    ❒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Two : _____

_____

_____

**GROUND THREE:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

AO 241                                                                                                          Page 10
(Rev. 01/15)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

_____

(c)    **Direct Appeal of Ground Three:**

     (1) If you appealed from the judgment of conviction, did you raise this issue?    ❏ Yes    ❏ No

     (2) If you did not raise this issue in your direct appeal, explain why: _____

     _____

(d)    **Post-Conviction Proceedings:**

     (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

         ❏ Yes    ❏ No

     (2) If your answer to Question (d)(1) is "Yes," state:

     Type of motion or petition:

     Name and location of the court where the motion or petition was filed: _____

     _____

     Docket or case number (if you know): _____

     Date of the court's decision: _____

     Result (attach a copy of the court's opinion or order, if available): _____

     _____

     (3) Did you receive a hearing on your motion or petition?    ❏ Yes    ❏ No

     (4) Did you appeal from the denial of your motion or petition?    ❏ Yes    ❏ No

     (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ❏ Yes    ❏ No

     (6) If your answer to Question (d)(4) is "Yes," state:

     Name and location of the court where the appeal was filed: _____

     _____

     Docket or case number (if you know): _____

     Date of the court's decision: _____

     Result (attach a copy of the court's opinion or order, if available): _____

     _____

     _____

     _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____
_____
_____

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three: _____

_____
_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____
_____
_____
_____
_____
_____
_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____
_____
_____

(c)     **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ❏  Yes     ❏  No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❏  Yes     ❏  No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?                      ❐ Yes       ❐ No

(4) Did you appeal from the denial of your motion or petition?                 ❐ Yes       ❐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ❐ Yes   ❐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

_____

_____

13. Please answer these additional questions about the petition you are filing:

    (a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☒ Yes   ☐ No

         If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

    (b)    Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

         N/A

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☐ Yes  ☒ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.   N/A

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☐ Yes  ☒ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.   N/A

AO 241
(Rev. 01/15)

Page 14

16.  Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: GREGORY E GILL (OSB# 077199, GARDNER POTTER BUDGE MEADOWS, LLC, 696 COUNTRY CLUB RD EUGENE, OR 97401)

(b) At arraignment and plea: GREGORY E GILL (OSB# 077199, GARDNER POTTER BUDGE MEADOWS, LLC, 696 COUNTRY CLUB RD EUGENE, OR 97401)

(c) At trial: _____

(d) At sentencing: GREGORY E GILL (OSB# 077199, GARDNER POTTER BUDGE MEADOWS, LLC, 696 COUNTRY CLUB RD EUGENE, OR 97401)

(e) On appeal: _____

(f) In any post-conviction proceeding: JONATHAN A. CLARK (OSB# 022740 317 COURT STREET NE SALEM, OREGON 97301

(g) On appeal from any ruling against you in a post-conviction proceeding: JEDEDIAH PETERSON (OSB# 084425 O'CONNOR WEBER LLC 1500 SW FIRST AVE STE 1060 PORTLAND, OR 97201

17.  Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    ☐ Yes    ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

_____

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?    ☐ Yes    ☐ No

18.  TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

I AM WITH-IN ONE-YEAR STATUTE OF LIMITATIONS

_____

_____

_____

_____

_____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

    (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

    (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

    (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241
(Rev. 01/15)

    (2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: _____

_____

_____

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _3/20/2023_ (month, date, year).

Executed (signed) on _3/7/2023_ (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

_____

_____