Anthony Bornstein, OSB 861305
Assistant Federal Public Defender
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
(503) 326-2123 Telephone
(503) 326-5524 Facsimile
tony_bornstein@fd.org

**Attorney for Petitioner**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **NORMAN DEAN DESCHAINE,** | Case No. 2:23-cv-00403-YY |
| Petitioner, | **MOTION FOR VOLUNTARY DISMISSAL** |
| v. | |
| **BRAD CAIN,** | |
| Respondent. | |

The petitioner, through his attorney, Anthony Bornstein, hereby moves to voluntarily dismiss his petition for writ of habeas corpus in the above-entitled case. Petitioner and undersigned counsel have thoroughly conferred on this motion.

Respectfully submitted on May 24, 2024.

/s/ Anthony Bornstein
Anthony Bornstein
Assistant Federal Public Defender